**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6357**

---

JOSEPH MICHAEL BURNS,

Plaintiff - Appellant,

versus

RONALD J. ANGELONE, Director, Department of
Corrections; DAVID GARRAGHTY, Chief Warden;
LORETTA KELLY, Deputy Chief Warden; CHARLES
DAVIS, Warden; S. J. AVERT, Assistant Warden;
G. P. WILLIAMS, Assistant Warden; WILLIAMS
BUTTS, Security Sergeant; J. CAPPS, Grievance
Coordinator; ANTHONY PARKER, Chief of Secu-
rity; JIMMY EVERETT, Housing Unit Manager;
RUFUS FLEMING, Regional Director; E. PARKER,
Sergeant of Security,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Henry C. Morgan, District Judge.
(CA-01-63-2)

---

Submitted:  July 24, 2001            Decided:  August 21, 2001

---

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Joseph Michael Burns, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph Michael Burns, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint under 28 U.S.C.A. § 1915A (West Supp. 2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal substantially on the reasoning of the district court. See Burns v. Angelone, No. CA-01-63-2 (E.D. Va. Feb. 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2